# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE KAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00221-JAR |
| ) | |
| JAMES STEINGRANDT AND JDS CATTLE ) | |
| COMPANY, LTD ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motion to dismiss or, in the alternative, for a more definite statement. (Doc. No. 8). On February 13, 2020, Plaintiff, as of right, filed a first amended complaint (Doc. No. 10) within 21 days of being in receipt of Defendants' responsive pleading and Rule 12(b)(6) and Rule 12(e) motion. Fed. R. Civ. P. 15(a)(1)(B). As a result, Defendants' Rule 12 motion will be denied as moot. Defendants are instructed to file a timely answer to Plaintiff's first amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss or, in the alternative, for a more definitive statement (Doc. No. 8) is **DENIED** as moot.

Dated this 14th day of February, 2020.

                                               _/s/ John A. Ross_
                                               JOHN A. ROSS
                                               UNITED STATES DISTRICT JUDGE